**AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

JUDGMENT IN A CIVIL CASE

Celestia Chapman,

    vs.                                    Case No. 2:20-cv-5009

Brentlinger Enterprises,               **Judge Michael H. Watson**

[] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.** This action was decided by the Court without a trial or hearing.

IT IS ORDERED AND ADJUDGED that pursuant to the July 7, 2023 Opinion and Order: judgment is entered to Defendant on Claims I, II, III, IV, V, VI, VII; and judgment is entered to Plaintiff on Claim VIII in the amount of $18,615.00.

Date: **July 7, 2023**        Richard Nagel, Clerk

                                              s/ Jennifer Kacsor
                                       By Jennifer Kacsor/Courtroom Deputy