# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **CELESTIA CHAPMAN**, <br><br> PLAINTIFF, <br><br> v. <br><br> **BRENTLINGER ENTERPRISES**, <br><br> DEFENDANT. | CASE NO. 2:20-cv-05009-MHW-KAJ <br><br> JUDGE MICHAEL WATSON <br><br> MAGISTRATE JUDGE KIMBERLY JOLSON |

## NOTICE OF APPEAL
## TO THE UNITED STATES COURT OF APPEALS FOR THE SIXTH CIRCUIT

Plaintiff Celestia Chapman ("Plaintiff") gives notice that she appeals to the United States Court of Appeals for the Sixth Circuit from the district court's Opinion and Order (ECF No. 72), upon which the Clerk of Courts has entered final judgment (ECF No. 73.)  The Opinion and Order and Judgment were entered on July 7, 2023.

Respectfully submitted,

By: /s/ Jason E. Starling
Jason E. Starling (Ohio Bar No. 0082619), Trial Attorney
WILLIS SPANGLER STARLING
4635 Trueman Boulevard, Suite 200
Hilliard, Ohio 43026
Telephone: (614) 586-7900
Facsimile: (614) 586-7901
jstarling@willisattorneys.com

*Attorneys for Plaintiff Celestia Chapman*

## **CERTIFICATE OF SERVICE**

I certify that, on July 7, 2023, I caused a copy of this document and any attachments to be filed with the Clerk of Courts via the Court's electronic filing system, which will provide notice and a copy of the filing all counsel of record.

By: /s/ Jason E. Starling  
Jason E. Starling (Ohio Bar No. 0082619)