**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| **CELESTIA CHAPMAN,** | : | |
| Plaintiff, | : | Case No. 2:20-cv-05009 |
| v. | : | Judge Watson |
| **BRENTLINGER ENTERPRISES,** | : | Magistrate Judge Jolson |
| Defendant. | : | |

**DEFENDANT BRENTLINGER ENTERPRISES' NOTICE OF CROSS APPEAL**

Notice is hereby given that Defendant Brentlinger Enterprises d/b/a/ Midwestern Auto Group, Inc., appeals to the United States Court of Appeals for the Sixth Circuit from the District Court's Opinion and Order granting in part and denying in part Defendant's Motion for Summary Judgment and granting in part and denying in part Plaintiff's Motion for Summary Judgment entered in this action on July 7, 2023 (Doc. # 72), which resulted in a final judgment and termination of this case on the same date (Doc. # 73.).

    Respectfully submitted,

    /s/ Marion H. Little, Jr.
    Marion H. Little, Jr. (0042679)
    Trial Counsel
    ZEIGER, TIGGES & LITTLE LLP
    3500 Huntington Center
    41 South High Street
    Columbus, Ohio 43215
    (614) 365-9900
    (Fax) (614) 365-7900
    little@litohio.com

    *Attorneys for Defendant
    Brentlinger Enterprises*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 24, 2023, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all attorneys of record.

/s/ Marion H. Little, Jr.
Marion H. Little, Jr.   (0042679)

1005563