UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Celestia Chapman,

    Plaintiff,

v.

Brentlinger Enterprises,

    Defendant.

Case No. 2:20-cv-5009

Judge Michael H. Watson

Magistrate Judge Jolson

## OPINION AND ORDER

Brentlinger Enterprises ("Defendant") moves for an order staying the enforcement of the July 7, 2023 Judgment and directing the Clerk to accept Defendant's payment of $21,000. ECF No. 79. Celestia Chapman ("Plaintiff") has not responded.

Federal Rule of Civil Procedure 62 provides in relevant part as follows:

> At any time after judgment is entered, a party may obtain a stay by providing a bond or other security. The stay takes effect when the court approves the bond or other security and remains in effect for the time specified in the bond or other security.

A "party taking an appeal from the District Court is entitled to a stay of a money judgment as a matter of right[.]" *Am. Mfrs. Mut. Ins. Co. v. Am. Broad.-Paramount Theatres, Inc.*, 87 S. Ct. 1, 3 (1966) (ruling on an application for a stay, pending certiorari).

Here, Defendant has offered to post a bond of $21,000.00, which exceeds the money judgment the Court awarded Plaintiff. ECF Nos. 73 & 79. Accordingly, Defendant is entitled to a stay of the judgment.

The Clerk is **DIRECTED** to accept Defendant's payment of $21,000.00 and place the same in the Clerk's registry. Effective immediately on the Clerk's acceptance of this payment, enforcement of the July 7, 2023 Judgment is **STAYED**.

The Clerk shall terminate ECF No. 79.

**IT IS SO ORDERED.**

*/s/ Michael H. Watson*
**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**